UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RANGER PANAMA FUND, LLC,
RANGER FUND, S.A., EL POZO
BONITO, S.A., DAVID NIPPER and
BETTY NIPPER, a Florida limited
liability corporation

        Plaintiffs,

v.                              Case No: 2:15-cv-413-FtM-38CM

JOHN KEAMY and CHAMOND
LIU,

        Defendants.

## ORDER

Before the Court is Defendants' Motion for Relief From Scheduling Order (Doc. 32), filed on May 9, 2016. Plaintiffs responded in opposition. Doc. 33. For the reasons set forth below, Defendants' motion is granted.

Defendants seek to extend the deadlines in the Case Management and Scheduling Order (Doc. 25) by 60 days. As grounds, Defendants state that there are numerous Panamanian corporations that were not identified earlier in this case, and the authenticity of the records have become a major issue. Doc. 32 at 1. Although the parties hoped the case would settle at mediation, the mediation resulted in an impasse. *Id.* Plaintiffs opposes Defendants' request because Defendants have not identified any of the Panamanian corporations or banks from which they wish to seek additional discovery. Doc. 33 at 3. Additionally, Plaintiffs state that since the filing of this motion, Defendants have not issued any subpoenas for records from any non-

parties nor have they sought to set the depositions of any non-parties. *Id.* Plaintiffs state that Defendants did not seek any records during the entire discovery period because they were not acting diligently in their pursuit. *Id.* Thus, Plaintiffs request that Defendants' motion be denied.

While it appears that Defendants may not have been entirely diligent in their efforts to conduct discovery, the Court finds good cause to allow the requested extension. In the future, however, the Court will not be inclined to grant additional extensions because of Defendants' failure to properly seek discovery. "The Court's deadlines are not suggestions that can be ignored." *Perez v. Garrow*, 2014 WL 4285384 n. 3 (M.D. Fla. 2014). Accordingly, Defendants' motion is granted, but absent extenuating circumstances, the Court will not grant further extensions.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendants' Motion for Relief From Scheduling Order (Doc. 32) is **GRANTED**. The deadlines in the Case Management and Scheduling Order (Doc. 25) will be extended by 60 days beginning with the discovery deadline.

2. An Amended Case Management and Scheduling Order will be entered by separate Order.

3. All other directives set forth in the Case Management and Scheduling Order (Doc. 25) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of May, 2016.

*/s/ Carol Mirando*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record